**Paul TINOCO, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62542.**

Missouri Court of Appeals,
Western District.

June 29, 2004.

Ruth Sanders, Kansas City, MO, for appellant.

Charnette D. Douglass, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ELLIS, C.J.,
BRECKENRIDGE and SPINDEN, JJ.

***ORDER***

PER CURIAM.

Paul Tinoco appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. **Rule 84.16(b).**